**No. 24-5025**                            **September Term, 2023**

**1:21-cv-02583-UNA**

**Filed On:** June 26, 2024

David Hall Crum,

        Appellant

    v.

United States of America,

        Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j).  Upon consideration of the foregoing and the petition for
writ of mandamus, it is

**ORDERED** that the mandamus petition be dismissed for lack of jurisdiction.
Under the All Writs Act, this court has jurisdiction to issue a writ of mandamus only if
doing so "would protect [its] current or prospective jurisdiction."  In re Nat'l Nurses
United, 47 F.4th 746, 752 (D.C. Cir. 2022); see 28 U.S.C. § 1651(a).  Because this
court lacks appellate jurisdiction to review decisions of the D.C. Superior Court or the
D.C. Court of Appeals, see 28 U.S.C. § 1257; Exxon Mobil Corp. v. Saudi Basic Indus.
Corp., 544 U.S. 280, 284 (2005), it also lacks jurisdiction to issue the writ.  It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order entered
January 26, 2024, be affirmed.  This appeal is timely only as to the district court's denial
of leave to file a new series of documents.  See Fed. R. App. P. 4(a).  The district court
did not abuse its discretion in denying appellant leave to file in this closed case.  See
Banner Health v. Price, 867 F.3d 1323, 1334 (D.C. Cir. 2017) (stating that district court
has discretion to control its docket).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk